# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| INDIANA FARMERS MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HENRICHS DRAINAGE II LLC, MARATHON PIPE LINE, LLC, and BRAD ORR,<br><br>Defendants. | Case No. 21-CV-02217-CSB-EIL |

## PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff, Indiana Farmers Mutual Insurance Company ("Indiana Farmers"), by and through its attorneys, SmithAmundsen LLC, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses this lawsuit without prejudice, no defendant having filed an answer or motion for summary judgment.

Respectfully submitted,

Indiana Farmers Mutual Insurance Company

By its attorneys:

/s/Christine V. Anto
Christine V. Anto
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL  60601
Phone: (312) 894-3200
Fax: (312) 894-3210
canto@salawus.com